**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE WASHINGTON, et al, <br><br> Defendants. | Case No. 1:20-cv-01591 AWI JLT <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (Doc. 8) |

The parties have stipulated to allow the defendants until January 18, 2021 to respond to the complaint.  Good cause appearing, the stipulation is GRANTED.

IT IS SO ORDERED.

    Dated:  __January 2, 2021__              _____/s/ Jennifer L. Thurston__
                                            UNITED STATES MAGISTRATE JUDGE