1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GEORGE WASHINGTON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01591 AWI JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION; ORDER CONTINUING SCHEDULING CONFERENCE |

17    The plaintiffs initiated this action on November 12, 2020. (Doc. 1) The parties stipulated to

18  allow additional time for the defendants to respond to the complaint (Doc. 8) The time for responding,

19  however, has passed and the plaintiffs have not sought default or explained the failure. Therefore, the

20  Court **ORDERS**,

21    1.    **No later than February 5, 2021**, the plaintiffs **SHALL** show cause why sanctions

22  should not be imposed for the failure to prosecute this action. Alternatively, the plaintiffs may seek

23  default as to the non-appearing defendants or otherwise explain the failure to do so;

24    2.    Due the failure of any defendant to appear, the scheduling conference is **CONTINUED**

25  to **March 19, 2021** at 8:30 a.m.

26  ///

27  ///

28  ///

1

1    **<u>Failure to respond may result in the Court recommending dismissal of the action.</u>**

2

3    IT IS SO ORDERED.

4        Dated:    **January 26, 2021**              **/s/ Jennifer L. Thurston**
5                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28