# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON, et al.,<br><br>Defendant. | Case No.: 1:20-cv-01591 AWI JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 27, 2021<br><br>(Doc. 11) |

On January 27, 2021, the Court ordered Plaintiff to show cause why sanctions should not be imposed for the failure to prosecute the action. (Doc. 11 at 1) In the alternative, Plaintiff could "seek default as to the non-appearing defendants or otherwise explain the failure to do so." (*Id.*) Plaintiff timely filed a request for default as to the non-appearing defendants on February 2, 2021 (Doc. 12), and the Clerk entered default the same date (Doc. 13). Accordingly, the Court **ORDERS**: the order to show cause dated January 27, 2021 (Doc. 11) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **February 11, 2021**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE