# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,**<br><br>Plaintiff<br><br>v.<br><br>**GEORGE WASHINGTON, et al.,**<br><br>**Defendants** | CASE NO. 1:20-CV-1591 AWI JLT<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF JUDGMENT**<br><br>(Doc. No. 26) |

On July 20, 2021, the Court adopted a Findings and Recommendation that recommended granting Plaintiff's motion for default judgment. See Doc. No. 25. The July 20 Order *inter alia* concluded that Plaintiff had no obligation under a Homeowners Policy or Rental-Owners Policy to defend Defendants in a state court case and gave Plaintiff 30 days to file a motion for reimbursement of fees and costs. See id.

On August 2, 2021, Plaintiff filed a notice that it would not be seeking reimbursement and requested that the Court enter judgment. See id. Defendants filed no response.

In light of the August 2, 2021 notice that no reimbursement motion will be filed, the Court detects no reason why Plaintiff's request for entry of judgment should not be granted.

## ORDER

Accordingly, IT IS HEREBY ORDERED that the Clerk enter judgment in favor of Plaintiff and against Defendants and CLOSE this case.

IT IS SO ORDERED.

Dated:  August 25, 2021                              _____
                                                                            SENIOR DISTRICT JUDGE